# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FRANCISCO PALACIOS, | Case No. 1:16-cv-00634-DAD-MJS |
|---|---|
| Plaintiff, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v | |
| YBARRA, et al., | |
| Defendants. | |

This action was filed on May 5, 2016. On June 9, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **June 9, 2017**

UNITED STATES MAGISTRATE JUDGE