

FILED

JUN 12 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PALACIOS, | ) Case No.: 1:16-cv-00634-DAD-MJS (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE FRANCISCO PALACIOS, CDCR # G-04439 |
| YBARRA, et al., | ) |
| Defendants. | ) |

Plaintiff Francisco Palacios is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on June 9, 2017. Inmate Francisco Palacios, CDCR Inmate # G-04439, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **June 9, 2017**

UNITED STATES MAGISTRATE JUDGE